NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| HADAS NAFAR, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOLLYWOOD TANNING SYSTEMS, INC.,<br><br>Defendant. | **Hon. Dennis M. Cavanaugh**<br><br>**ORDER**<br><br>Civil Action No. 06-CV-3826 (DMC) |

DENNIS M. CAVANAUGH, U.S.D.J.:

      This matter comes before the Court upon Plaintiff Hadas Nafar's ("Plaintiff") Motion for Class Certification pursuant to Fed. R. Civ. P. 23(a), 23(b), and 23(g); and after further reviewing all submissions; and for the reasons stated in its Opinion issued on this day;

    IT IS on this   11th   day of August, 2008;

    **ORDERED** that Plaintiff's motion for class certification is **granted**; and that Mieselman, Dencla, Packman, Carton & Eberz, P.C. is appointed as Plaintiff's class counsel.

                                                            S/ Dennis M. Cavanaugh
                                                          Dennis M. Cavanaugh, U.S.D.J.

| | |
|---|---|
| Original: | Clerk |
| cc: | All Counsel of Record |
| | Hon. Mark Falk, U.S.M.J. |
| | File |